IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HILDA MERCADO-ALVARADO,

    Plaintiff,

    v.                                    CIVIL NO. 11-2043 (BJM)

COLEGIO SAN ANTONIO,

    Defendant.

**FINAL JUDGMENT**

Judgment is hereby entered dismissing this case with prejudice and without imposition of costs or attorneys fees.

The court will retain jurisdiction to enforce the terms of the parties' confidential settlement agreement.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico this 8th day of November, 2013.

                                             *s/Bruce J. McGiverin*
                                             BRUCE J. McGIVERIN
                                             United States Magistrate Judge